# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00336-001-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Robert Alexander McCollough, | |
| Defendant. | |

The Court is in receipt of what appears to be a letter/motion (Doc. 104) from non-party pro se litigant Cheryl Silverstein, requesting the Court reconsider the defendant's Motion to Reduce Sentence/Modify Judgement Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. 97). The defendant was previously represented by counsel for the limited purpose of assisting with the motion. The motion having been adjudicated and denied, defendant is not currently represented by counsel. Regardless, there is no indication that Ms. Silverstein is a licensed attorney, and is not authorized to file a motion in federal court on behalf of the defendant. Accordingly,

The Court takes no action on the letter/motion for reconsideration.

Dated this 13th day of November, 2020.

Douglas L. Rayes
United States District Judge