GARY M. RESTAINO
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone (602) 514-7500
Email: gayle.helart@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00336-PHX-DLR |
| Plaintiff, | **GOVERNMENT'S RESPONSE TO DEFENDANT'S PRO SE REQUEST REGARDING TRUCK DRIVER EMPLOYMENT** |
| vs. | |
| Robert Alexander McCollough, | |
| Defendant. | |

The United States hereby responds to Robert Alexander McCollough's (hereafter "McCollough") request to obtain employment as a truck driver which will take him out of state for 2-4 weeks at a time. (Doc. 110).

The government has no objection generally to McCollough's request to obtain employment as a truck driver and commends his training and achieving getting a Class A Commercial Driver's License for this employment. The only issue for the government is that McCollough specifically seeks a position taking him out of state for 2-4 weeks at a time.

In preparation for this response, undersigned counsel contacted McCollough's supervising probation officer to learn how his progress has been on supervision. She advised that McCollough has reportedly done well, having completed his mental health treatment program and willingly continuing to take mental health medications. The

probation officer requested information about whether the particular medications McCollough is prescribed make a person drowsy and they do not. Additionally, the government learned that out of the approximate $38,000 of restitution McCollough was ordered to pay, he has paid in compliance since May 2022 leaving a balance of approximately $36,000.

Given McCollough's past history of unstable employment, mental health issues, and the criminal conduct of robberies he committed, McCollough has completed respectable things that will help his mental and emotional stability, and his financial security by seeking gainful employment now. The only negative factor is the feature of his wanting to be gone for lengthy periods, when it would seem like there are other companies who offer similar employment with in-state work, or work where he would be gone for much shorter periods. For McCollough's continued success, his supervising probation officer needs to be able to see him from time to time to make sure his residence is stable and that he is stable. While McCollough expresses that from talking with several recruiters, the long-term jobs are the only ones available to him, the government would want probation to verify whether that is true or whether more close to home employment really is as available to him as it is to other supervisees.

Respectfully submitted this 3rd day of February, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona


*s/Gayle Helart*
GAYLE HELART
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that this 3rd day of February 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Kristie Ortega, *Attorney for Defendant*

I further certify that a courtesy copy of the same, was sent via certified return mail to the following:

Robert Alexander McCollough
640 W. Blue Ridge DR.
San Tan Valley, AZ  85140

*s/Erica Lane*
U.S. Attorney's Office