February 8, 2023

HONORABLE DOUGLAS L. RAYES
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 626 401 West Washington Street, SPC 79
Phoenix, AZ 85003-2162

Re:  No. CR-15-00336-PHX-DLR

MY RESPONSE TO GOVERNMENT'S 2-3-23 RESPONSE TO MY 1-5-23 PRO SE REQUEST
REGARDING TRUCK DRIVER EMPLOYMENT

Your Honor,

I would like to briefly reply to the government's response that you asked for in your text entry order request for their response, after getting my original letter dated January 5, 2023.

First, your Honor, I did not say a long haul job is the only job I can get. It can easily be reread that I said local jobs are scarce. With my felony and no experience, those jobs are very scarce. I applied for more than two dozen local driving positions and with inexperience and felonies, it's been difficult being rejected over and over. However since my first request to you, I was finally offered and did accept a regional CDL driver job, picking up and delivering dry cement in the central Arizona region. This was the only offer I got out of many, many applications I filled out for CDL driving jobs after I graduated from driving school in December. But this job has an unstable pay structure that pays only by the load, and that may challenge my ability to progress. I've also learned that this company assigns and overworks their drivers at a full 70 hr work week, and then low balls drivers on paying by the load. I've also learned that this company does not dispatch drivers when the weather is rainy or icy up north where I pick up the dry cement daily, that I then deliver in the Phoenix metro area or Tucson area. Now that I am aware of these drawbacks, I consider this a temporary position and I am continuing to search for CDL driving jobs locally and regionally in Arizona. I have confirmed with a number of companies who pay hourly driver wages, that once my ability to drive longer haul jobs opens up, many more companies with high demands for drivers and much better pay, would be willing to hire me.

Second, the government's position against me being out of town due to probation's reduced ability to monitor me and my mental health confuses me. I have been on federal probation for over a year. I have seen probation 6 times over that year. That included one meeting, one home visit, and 4 urinalysis tests. So I am not sure what monitoring the government is talking about needing of me if I were driving a longer haul job and therefore away for a two to four week period. I am happy to come down to the probation offices once per month while home. This would offer probation more of an opportunity to monitor me than they do now.

I recognize the government's cautionary position with all probationees because most return to their old ways. But placing a ceiling or limit on our potential progress only harms us when they should encourage positive progress. I would feel very oppressed if all my efforts had to be halted because of personal cautionary feelings. I've completed everything you have required as part of my probation. I went to school to earn a Class A CDL. I truly want to make a better life for myself. Earning a regular paycheck and having financial stability is of the utmost important to me, and having a CDL driver job that allows me two to four weeks of over the road driving is the dream I've had since I learned I qualified to go to truck driving school. I ask that those who are in control of the direction I am trying to take, trust that some men really do want to change their lives...I ask that you have faith in extending me the opportunity to do so.

Thank you in advance your Honor, for so patiently accepting my input and for trying to understand my position on my original request and this response.

Robert McCollough
640 W Blue Ridge Dr
San Tan Valley, AZ  85140

Robert McCollough
640 W Blue Ridge Dr
San Tan Valley, AZ 85140

HONORABLE DOUGLAS L. RAYES
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 626 401 West Washington Street, SPC 79
Phoenix, AZ 85003-2162